# Court of Appeals
# of the State of Georgia

ATLANTA,  July 18, 2012

*The Court of Appeals hereby passes the following order:*

**A12A2285.  MARY CROWDER v. PEOPLELINK.**

Mary Crowder filed a notice of direct appeal from a superior court order affirming a decision of the State Department of Labor that disqualified her from receiving unemployment compensation benefits. Under OCGA § 5-6-35 (a) (1), however, a party seeking to appeal a superior court decision reviewing a state agency ruling must follow the discretionary appeal procedure. See *Dunlap v. City of Atlanta*, 272 Ga. 523, 524 (531 SE2d 702) (2000). Because Crowder failed to follow the required procedure, this Court lacks jurisdiction over this appeal, which is therefore *DISMISSED*.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 07/18/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

 , *Clerk.*